# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134582

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 134582
                               COA: 277492
RONALD WALLEMAN,             Macomb CC: 02-000471-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

t1217